IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

MICHAEL LUCAS AND DAWN LUCAS,

    Plaintiffs,

v.                                                      CASE NO. 1:12-cv-75-GRJ

UNITED STATES OF AMERICA,

    Defendant.

_____ /

## O R D E R

    Pending before the Court is the parties' Joint Motion Requesting Extension of Certain Deadlines in Court's Scheduling Order. (Doc. 23.) The parties request extensions of several discovery deadlines due to delays in scheduling depositions of several expert witnesses, as well as difficulties in locating certain documents. The parties state that the requested extension of time will not affect the trial date for this case, set for August 5, 2013.

    Accordingly, upon due consideration, it is **ORDERED** that:

(1)    The parties' Joint Motion Requesting Extension of Certain Deadlines in Court's Scheduling Order (Doc. 23) is **GRANTED**.

(2)    Rule 26(a)(2) disclosures of expert witnesses and their opinions shall be made by the plaintiff by **January 1, 2013**. Rule 26(a)(2) disclosures of expert witnesses and their opinions shall be made by the defendant by **February 15, 2013**.

(3)    The discovery deadline is **April 15, 2013**. All discovery shall be completed by that date.

(4)    The deadline to serve motions to compel and the deadline for amendments to the pleadings in accordance with Rule 15 is **April 15, 2013**.

(5)  Dispositive and *Daubert* motions shall be filed on or before **April 30, 2013**.

(6)  The first mediation conference shall commence by not later than **April 30, 2013**.

(7)  Mediation in this case must be completed on or before **May 14, 2013**.

(8)  All other deadlines in this case shall remain the same.

**DONE AND ORDERED** this 17th day of October, 2012.

*s/Gary R. Jones*
GARY R. JONES
United States Magistrate Judge